FLORENCE M. P. VAN KIRK, Appellant, v. LILLIAN C. HELLER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (March 24, 1939.)

EFFELL REALTY CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

ANNA BINDER, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

OAKDALE CONTRACTING COMPANY, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALFRED ARONIN, an Infant, by JOSEPH ARONIN, His Guardian ad Litem, and JOSEPH ARONIN, Respondents, v. IRVING GOLDSMITH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA BARBASOTE and JAMES BARBASOTE, Appellants, v. THOMAS E. MURRAY, as Receiver of Interborough Rapid Transit Company, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the question of defendant's negligence should have been submitted to the jury as an issue of fact. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of ISRAEL NEWMAN, as Administrator, etc., of JACQUES WILLER, Also Known as JAKE WILLER and JACOB WILLER, Deceased, for Leave to Sell Real Property for Distribution. CHARLES H. WILLER, Appellant; ISRAEL NEWMAN, as Administrator, etc., Respondent.— Decree and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ARCHIE B. MORRISON and JOHN D. LYNN, Respondents, v. CONSTANTIN WAGNER, SR., Appellant.— Judgment and order unanimously reversed, with costs, and the motion for summary judgment denied on the ground that there are triable issues of fact. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

C. H. LEACH COMPANY, Respondent, v. AMERICAN LOCOMOTIVE COMPANY and ALCO PRODUCTS, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR CHALMERS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.